JAMES HUNT MILLER (CA BAR # 135160)
P.O. Box 10891
OAKLAND CA 94610
P:(510) 451-2132
F:(510) 451-0824
e:jim_miller0@yahoo.com

Attorney for Plaintiff

*E-FILED - 4/28/08*

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM JHUN,

    Plaintiff,

vs.

Michael J. Astrue,
COMMISSIONER OF the SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

No. 5:07-cv-02862-RMW

MOTION AND ~~PROPOSED~~
ORDER FOR EXTENSION OF
TIME TO FILE PLAINTIFF'S
MOTION FOR SUMMARY
JUDGMENT AND/OR REMAND
(no hearing)

<u>MOTION</u>.

    Plaintiff moves the Court for an extension of time in which to file Plaintiff's Motion. Pursuant to the scheduling order, the motion was to have been filed by April 21, 2008, 30 days plus three days (for service by mail) after Defendant's sending of the administrative transcript on March 17, 2008. Plaintiff seeks a thirty-day extension; this is Plaintiff's first extension for this filing; Plaintiff is currently seeking to find out if Defendant will agree to a voluntary remand for consideration of evidence that Plaintiff wishes to have considered, but is not in the administrative record.

    Defendant's Counsel Ms. Montano has related that Defendant will/would not

1  oppose this extension.  Plaintiff submits and requests that no hearing is necessary in
2  this motion, as is usual in Social Security litigation (per the procedural order), and
3  also  because Defendant does not oppose the extension.
4      RESPECTFULLY SUBMITTED on this 21st day of April, 2007.

6  /s/
   James Hunt Miller, Attorney for Plaintiff Mr. Jhun

8  ORDER (PROPOSED)
9      PURSUANT TO PLAINTIFF'S MOTION, IT IS ORDERED that Plaintiff may
10  have a 30-day extension, or until May 20, 2008, in which to file the motion.

12  DATE:  4/25/08

*Ronald M. Whyte*
United States District Judge

28  *mot plf's xtn - Jhun v. Comm'r SSA 5:07-cv-02862-RMW*

-2-