JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
DONNA M. MONTANO, SBN 165628
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134

*E-FILED - 3/5/09*

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JHUN,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 5:07-2862 RMW<br><br>STIPULATION AND ORDER OF REMAND |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  The purpose of the remand is to offer Plaintiff a new hearing and decision.

    Plaintiff has received a partially favorable decision on a subsequent application.  Plaintiff has filed a request for review of the partially favorable decision, which is currently pending with the Appeals Council.

    Thus, upon remand, the Council will consolidate the files, and affirm the favorable determination.  The ALJ will obtain further vocational expert testimony and re-assess Plaintiff's residual functional capacity, and determine whether a more favorable decision (i.e., earlier onset) is warranted.

Dated: *June 24, 2008*          /s/ *James Hunt Miller*
                                  (*As authorized on June 23, 2008*)
                                JAMES HUNT MILER
                                Attorney for Plaintiff


                                JOSEPH P. RUSSONIELLO
                                United States Attorney


Dated: *June 24, 2008*     By:  /s/ *Donna M. Montano*
                                DONNA M. MONTANO
                                Special Assistant United States Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.


Dated:  3/5/09

                                *[signature: Ronald M. Whyte]*
                                RONALD M. WHYTE
                                United States District Judge

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JHUN,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>        Defendant. | CIVIL NO. 5:07-2862 RMW<br><br>[] JUDGMENT |

IT IS HEREBY ADJUDGED that the agency's final decision is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). The Commissioner of Social Security shall assume jurisdiction to conduct further administrative proceedings as set forth in the parties' Stipulation of Remand, filed herein. This constitutes a final judgment under Fed. R. Civ. P. 58.

Dated: 3/5/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge