E-filed on: 4/30/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM JHUN, JR.,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant. | No. C- 07-02862RMW<br><br>ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES<br><br>[Re Docket No. 16] |

On April 6, 2009, Plaintiff filed a Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act. Defendant shall file its opposition brief, if any, on or before May 27, 2009. Plaintiff shall have until June 10, 2009 in which to file any reply papers. The matter will be submitted for decision without argument upon completion of the briefing.

DATED:    4/28/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER SETTING BRIEFING SCHEDULE
No. C-07-2862   RMW
TER

**United States District Court**
**For the Northern District of California**

1  **Notice of this document has been electronically sent to:**

2  **Counsel for plaintiff:**

3  James Hunt Miller          jim_miller0@yahoo.com

5  **Counsel for defendant:**

7  Eric K. H. Chinn           eric.chinn@ssa.gov

12  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

15  **Dated:**   4/30/09                                    TER
                                                   **Chambers of Judge Whyte**

ORDER SETTING BRIEFING SCHEDULE
No. C-07-2862    RMW
TER                                          2